ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
Email: ccoverdaleesq@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiff,
DRIVE-IN MUSIC COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CBS CORPORATION, a Delaware corporation; CBS BROADCASTING, INC., a New York corporation; KIA MOTORS AMERICA, INC., a California corporation; DAVID & GOLIATH, LLC, a Delaware limited liability company; NFL ENTERPRISES, LLC, a Delaware limited liability company; NINJA TUNE RECORDS, an entity unknown; COUNTER RECORDS, an entity unknown; JUST ISN'T MUSIC, an entity unknown; KELVIN SWABY, an individual; DANIEL TAYLOR, an individual; SPENCER PAGE, an individual; CHRIS ELLUL, an individual, <br><br> Defendants. | CASE NO. CV 10-01783-JFW (PLAx) <br><br> **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL** |

The parties who have appeared in this action: (1) Plaintiff Drive-In Music Co., Inc., ("DRIVE-IN"); and Defendants:

(2) Ninja Tune Music, Ltd., ("NINJA"); (3) Just Isn't Music, Ltd., ("JIM"); (3) CBS Corporation, a Delaware corporation; (4) CBS Broadcasting, Inc., a New York corporation; (5) Kia Motors America, Inc., a California corporation; (6) David & Goliath, LLC, a Delaware limited liability company; (7) NFL Enterprises, LLC, a Delaware limited liability company, by and through their respective counsel, represent to the Court and stipulate as follows:

1. Plaintiff DRIVE-IN, and defendants NINJA and JIM have entered into a Settlement Agreement that resolves all matters between them and any of the settling parties licensees.

2. In that DRIVE-IN's claims against NINJA and JIM have been resolved, DRIVE-IN's claims against defendants: (3) CBS Corporation, a Delaware corporation; (4) CBS Broadcasting, Inc., a New York corporation; (5) Kia Motors America, Inc., a California corporation; (6) David & Goliath, LLC, a Delaware limited liability company; and (7) NFL Enterprises, LLC, as licensees of NINJA and JIM, have also been resolved.

3. The Settlement Agreement provides for dismissal of DRIVE-IN's complaint with prejudice, and provides that each of the parties are to bear their own costs and attorneys' fees.

4. The Settlement Agreement, as well, provides that the District Court will retain jurisdiction over DRIVE-IN, and defendants NINJA and JIM, for the limited purpose to interpret and enforce the Settlement Agreement as between them as necessary.

5. Given the above, the parties, by and through counsel, respectively request the Court to enter the Order which is attached as Exhibit No. 1 to this Stipulation, which provides for: (1) the Court's retention of jurisdiction for purposes to enforce

```
 1  and interpret as to DRIVE-IN, NINJA and JIM only, and which
 2  provides for (2) that DRIVE-IN's claim be dismissed with prejudice,
 3  with each of the parties to bear their own respective costs and
 4  attorneys' fees.
```

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: May 26, 2010    By: /s/ Allen Hyman
Allen Hyman, Esq.
Attorneys for Plaintiff,
DRIVE-IN MUSIC COMPANY, INC.

MARC JACOBSON, P.C.

Dated: May 28, 2010    By: /s/ Marc Jacobson
Marc Jacobson, Esq.
Attorneys for Defendants,
JUST ISN'T MUSIC, LTD., and
NINJA TUNE, LTD.

WHITE O'CONNOR FINK & BRENNER LLP

Dated: May 28, 2010    By: /s/
Andrew M. White, Esq.
Keri E. Campbell, Esq.
Attorneys for Defendants,
CBS CORPORATION; CBS BROADCASTING, INC.; KIA MOTORS AMERICA, INC.; DAVID & GOLIATH, LLC; and NFL ENTERPRISES, LLC