```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    Email: lawoffah@aol.com
 2  CHRISTINE COVERDALE, ESQ. (CBN: 195635)
    Email: ccoverdaleesq@aol.com
 3  LAW OFFICES OF ALLEN HYMAN
    10737 Riverside Drive
 4  North Hollywood, California 91602
    (818) 763-6289 or (323) 877-3405
 5  Fax: (818) 763-4676

 6  Attorneys for Plaintiff,
    DRIVE-IN MUSIC COMPANY, INC.
 7
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, INC., a California corporation,<br><br>                 Plaintiff,<br><br>     v.<br><br>CBS CORPORATION, a Delaware corporation; CBS BROADCASTING, INC., a New York corporation; KIA MOTORS AMERICA, INC., a California corporation; DAVID & GOLIATH, LLC, a Delaware limited liability company; NFL ENTERPRISES, LLC, a Delaware limited liability company; NINJA TUNE RECORDS, an entity unknown; COUNTER RECORDS, an entity unknown; JUST ISN'T MUSIC, an entity unknown; KELVIN SWABY, an individual; DANIEL TAYLOR, an individual; SPENCER PAGE, an individual; CHRIS ELLUL, an individual,<br><br>                 Defendants. | CASE NO. CV 10-01783-JFW (PLAx)<br><br>**(PROPOSED) ORDER OF DISMISSAL** |

        The parties who have appeared in this action: (1) Plaintiff Drive-In Music Co., Inc., ("DRIVE-IN"); and Defendants:

**EXHIBIT NO. 1**

(2) Ninja Tune Music, Ltd., ("NINJA"); (3) Just Isn't Music, Ltd., ("JIM"); (3) CBS Corporation, a Delaware corporation; (4) CBS Broadcasting, Inc., a New York corporation; (5) Kia Motors America, Inc., a California corporation; (6) David & Goliath, LLC, a Delaware limited liability company; (7) NFL Enterprises, LLC, a Delaware limited liability company, by and through their respective counsel, have apprised the Court by stipulation, that the claims alleged in DRIVE-IN's complaint have been resolved and that certain of the parties have entered into a settlement agreement.

Given the stipulation of the parties, the Court specifically finds that the Court retains jurisdiction of certain of the parties only: Drive-In Music Company, Inc., Ninja Tune Music, Ltd., and Just Isn't Music, Ltd., for purposes to interpret and enforce the settlement agreement as between these parties only.

Other than the limited retention of jurisdiction by the Court for purposes to interpret and enforce the Settlement Agreement as to three parties only, the Court dismisses the Drive-In Complaint with prejudice, and finds that each of the parties, plaintiff and defendants, are to bear their own costs and attorneys fees.

DATED: _____     _____
                                 United States District Court Judge

Submitted by:

 /s/ Allen Hyman
Allen Hyman
Counsel for Plaintiff

**EXHIBIT NO. 1**