```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    Email: lawoffah@aol.com
 2  CHRISTINE COVERDALE, ESQ. (CBN: 195635)
    Email: ccoverdaleesq@aol.com
 3  LAW OFFICES OF ALLEN HYMAN                              JS-6
    10737 Riverside Drive
 4  North Hollywood, California 91602
    (818) 763-6289 or (323) 877-3405      NOTE: CHANGES MADE BY
 5  Fax: (818) 763-4676                   THE COURT

 6  Attorneys for Plaintiff,
    DRIVE-IN MUSIC COMPANY, INC.
 7

 8
                        UNITED STATES DISTRICT COURT
 9
                       CENTRAL DISTRICT OF CALIFORNIA
10

11

12  DRIVE-IN MUSIC COMPANY, INC., a  )  CASE NO. CV 10-01783-JFW (PLAx)
    California corporation,          )
13                                   )  ORDER OF DISMISSAL
                 Plaintiff,          )
14                                   )
         v.                          )
15                                   )
    CBS CORPORATION, a Delaware      )
16  corporation; CBS BROADCASTING,   )
    INC., a New York corporation;    )
17  KIA MOTORS AMERICA, INC., a      )
    California corporation; DAVID &  )
18  GOLIATH, LLC, a Delaware limited )
    liability company; NFL           )
19  ENTERPRISES, LLC, a Delaware     )
    limited liability company; NINJA )
20  TUNE RECORDS, an entity unknown; )
    COUNTER RECORDS, an entity       )
21  unknown; JUST ISN'T MUSIC, an    )
    entity unknown; KELVIN SWABY, an )
22  individual; DANIEL TAYLOR, an    )
    individual; SPENCER PAGE, an     )
23  individual; CHRIS ELLUL, an      )
    individual,                      )
24                                   )
                 Defendants.         )
25  _____  )

26

27       The parties who have appeared in this action: (1)

28  Plaintiff Drive-In Music Co., Inc., ("DRIVE-IN"); and Defendants:
```

1 (2) Ninja Tune Music, Ltd., ("NINJA"); (3) Just Isn't Music, Ltd.,
2 ("JIM"); (3) CBS Corporation, a Delaware corporation; (4) CBS
3 Broadcasting, Inc., a New York corporation; (5) Kia Motors America,
4 Inc., a California corporation; (6) David & Goliath, LLC, a
5 Delaware limited liability company; (7) NFL Enterprises, LLC, a
6 Delaware limited liability company, by and through their respective
7 counsel, have apprised the Court by stipulation, that the claims
8 alleged in DRIVE-IN's complaint have been resolved and that certain
9 of the parties have entered into a settlement agreement.

10       Other than the limited retention of jurisdiction by the
11 Court for purposes to interpret and enforce the Settlement
12 Agreement as to three parties only, the Court dismisses the Drive-
13 In Complaint with prejudice, and finds that each of the parties,
14 plaintiff and defendants, are to bear their own costs and attorneys
15 fees.

17 DATED: June 2, 2010                    _____
                                          United States District Court Judge